B2500A (Form 2500A) (12/15)　　　　　　　　　　　　　　　　　　　　　　　　ADV. NO. 22-05097

# CERTIFICATE OF SERVICE

I, __Randall A. Pulman__ (name), certify that service of this summons and a copy of the complaint was made __December 9, 2022__ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Robert J. Mueller
　　SEE ATTACHMENT FOR ADDRESS AND METHOD

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

　　If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

　　Under penalty of perjury, I declare that the foregoing is true and correct.

Date __12/16/22__　　Signature __/s/ Randall A. Pulman__

Print Name: Randall A. Pulman / Pulman Cappuccio & Pullen, LLP

Business Address: 2161 NW Military Hwy., Suite 400
San Antonio, TX 78213

**ADVERSARY NO. 22-05097**

<u>*Via US Certified Mail No. 7022 2410 0002 7429 4646*</u>
<u>*And Via US First Class Mail*</u>
Robert Jeffrey Mueller
12015 Treewell Glen
San Antonio, Texas 78249

U.S. Bankruptcy Court
Western District of Texas

In re:

Case No. 21-51523-mmp
Chapter No. 7

DEEPROOT CAPITAL MANAGEMENT, LLC
Debtor

Adv. Proc. No. 22-05097-mmp

JOHN PATRICK LOWE, TRUSTEE
Plaintiff
v.
ROBERT J. MUELLER
Defendant

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

Address of Clerk

Clerk, U.S. Bankruptcy Court
Western District of Texas
615 E. Houston St, Rm 597
San Antonio, TX 78205

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney

William Drew Mallender
Pulman Cappuccio & Pullen, LLP
2161 NW Military Hwy., Ste 400
Suite 400
San Antonio, TX 78213

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued:
**12/08/2022**

Barry D. Knight, Clerk Of Court

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date), which is within 7 days after the summons was issued under Federal Rule of Bankruptcy Procedure 7004(e), by:

❏ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❏ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❏ Residence Service: By leaving the process with the following adult at:

❏ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❏ Publication: The defendant was served as follows: [Describe briefly]

❏ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____ Signature _____

Print Name: _____

Business Address: _____

_____