# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, LLC, ET AL., | § | Case No. 19-31717-sgj-11 |
| | § | |
| DEBTORS. | § | |
| | § | |
| | § | Adversary No. 22-05097-mmp |
| JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF DEEPROOT CAPITAL MANAGEMENT, LLC, ET AL., | § | |
| PLAINTIFF, | § | |
| V. | § | |
| ROBERT J. MUELLER, | § | |
| DEFENDANT | § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

Mr. Jason Davis, and Mr. Jay Hulings of DAVIS & SANTOS, PLLC enter their appearance as counsel for Defendant Robert J. Mueller. Counsel requests that the Clerk of Court and the parties update their records with their identifying and contact information as follows:

>Jason Davis
>State Bar No. 00793592
>E-mail: jdavis@dslawpc.com
>H. Jay Hulings
>State Bar No. 24104573
>E-mail: jhulings@dslawpc.com
>**DAVIS & SANTOS, PLLC**
>719 S. Flores Street
>San Antonio, Texas 78204

Telephone: (210) 853-5882
Facsimile: (210) 200-8395

Dated: January 5, 2023

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: <u>*/s/ Jay Hulings*</u>
Jason M. Davis
State Bar No. 00793592
Email: [jdavis@dslawpc.com](mailto:jdavis@dslawpc.com)
H. Jay Hulings
State Bar No. 24104573
Email: [jhulings@dslawpc.com](mailto:jhulings@dslawpc.com)
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

***Counsel for Defendant Robert Mueller***

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2023, the foregoing document was served on counsel of record via the Court's ECF system.

*/s/ Jay Hulings*
H. Jay Hulings
