**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 10, 2023.**

_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| deeproot CAPITAL MANAGEMENT, LLC, | § | CASE NO. 21-51523-MMP |
| ET AL., | § | |
| Debtors. | § | CHAPTER 7 |
| | § | |
| | § | JOINTLY ADMINISTERED |
| | § | |
| | § | |
| JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE | § | |
| FOR THE BANKRUPTCY ESTATE OF deeproot | § | |
| CAPITAL MANAGEMENT, LLC, ET AL., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | ADVERSARY NO. 22-05097-MMP |
| | § | |
| ROBERT J. MUELLER, | § | |
| | § | |
| DEFENDANT. | § | |

**ORDER DISMISSING MOTION AS MOOT**

The Court considered Defendant's *Agreed Motion to Extend Deadline for Defendant to File Answer or Other Responsive Pleading* (ECF No. 5). Because of the filing of Defendant's *Agreed Motion to Extend Deadline for Defendant to File Answer or Other Responsive Pleading* (ECF No. 8), the Court determined that the *Motion* (ECF No. 5) should be dismissed as moot. It is, therefore,

**ORDERED** that the above-referenced *Motion* is hereby **DISMISSED AS MOOT**.

# # #