IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| deeproot CAPITAL MANAGEMENT, § | BANKRUPTCY NO. 21-51523-MMP | |
| LLC ET AL.,[1] § | | |
| DEBTORS § | JOINTLY ADMINISTERED | |
| § | | |
| § | | |
| JOHN PATRICK LOWE, § | | |
| CHAPTER 7 TRUSTEE § | | |
| FOR THE BANKRUPTCY ESTATE § | | |
| OF deeproot CAPITAL § | | |
| MANAGEMENT, LLC ET AL., § | ADV. PROC. NO. 22-05097-MMP | |
| PLAINTIFF § | | |
| § | | |
| v. § | | |
| § | | |
| ROBERT J. MUELLER, § | | |
| DEFENDANT § | | |

**PLAINTIFF'S STATEMENT REGARDING CONSENT**

TO THE HONORABLE MICHAEL M. PARKER, UNITED STATES BANKRUPTCY JUDGE:

John Patrick Lowe, Chapter 7 Trustee and Plaintiff in the above-styled adversary proceeding, hereby declares that he consents to the entry of final orders and/or final judgment by the bankruptcy court.

---

[1] The jointly administered chapter 7 cases, along with their respective case numbers and the last four digits of each Debtor's federal tax identification number, are: In Re: Policy Services, Inc. 21-51513 (2864), In Re: Wizard Mode Media, LLC, 21-51514 (3205), In Re: deeproot Pinball LLC, 21-51515 (0320), In Re: deeproot Growth Runs Deep Fund, LLC, 21-51516 (8046), In Re: deeproot 575 Fund, LLC, 21-51517 (9404), In Re: deeproot 3 Year Bonus Income Debenture Fund, LLC, 21-51518 (7731), In Re: deeproot Bonus Growth 5 Year Debenture Fund, LLC, 21-51519 (9661), In Re: deeproot Tech LLC, 21-51520 (9043), In Re: deeproot Funds LLC, 21-51521 (9404), In Re: deeproot Studios LLC, 21-51522 (6283), and In Re: deeproot Capital Management, LLC, 21-51523 (2638) (collectively, the "**Bankruptcy Cases**").

Respectfully submitted,

**PULMAN, CAPPUCCIO, & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Anna K. MacFarlane*
  Randall A. Pulman
  Texas State Bar No. 16393250
  rpulman@pulmanlaw.com
  Anna K. MacFarlane
  Texas State Bar No. 24116701
  amacfarlane@pulmanlaw.com


**ATTORNEYS FOR CHAPTER 7 TRUSTEE AND PLAINTIFF, JOHN PATRICK LOWE**

<u>**CERTIFICATE OF SERVICE**</u>

I certify that, on the 30th day of January, 2023, the foregoing has been filed via the Court's CM/ECF System which has caused it to be served on the parties in this case registered for CM/ECF, as indicated below

***Via CM/ECF:*** jhulings@dslawpc.com
Jason Davis
H. Jay Hulings
Davis & Santos, PLLC
719 S. Flores St.
San Antonio, TX 78204

***Counsel for Defendant***

 

 

 

                */s/ Anna K. MacFarlane*
                Anna K. MacFarlane