# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Bankruptcy No. 21-51523-MMP |
| DEEPROOT CAPITAL MANAGEMENT, LLC, ET AL., | § § | |
| | § | Jointly Administered |
| DEBTORS. | § | |
| | § | |
| JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF DEEPROOT CAPITAL MANAGEMENT, LLC, ET AL., | § § § § § § | Adversary No. 22-05097-MMP |
| PLAINTIFF, | § | |
| V. | § | |
| ROBERT J. MUELLER, | § | |
| DEFENDANT | § | |

## DEFENDANT ROBERT J. MUELLER'S STATEMENT REGARDING CONSENT

TO THE HONORABLE COURT:

Pursuant to the Court's Order of January 24, 2023, Defendant Robert J. Mueller states that he does not consent to entry of final orders and a final judgment by this Court (an Article I bankruptcy judge) in this adversary proceeding.

Dated: February 14, 2023.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: <u>/s/ H. Jay Hulings</u>
    Jason M. Davis
    State Bar No. 00793592
    Email: jdavis@dslawpc.com
    H. Jay Hulings
    State Bar No. 24104573
    Email: jhulings@dslawpc.com
    719 S. Flores Street
    San Antonio, Texas 78204
    Tel: (210) 853-5882
    Fax: (210) 200-8395

***Counsel for Defendant Robert J. Mueller***

## CERTIFICATE OF SERVICE

      I hereby certify that on February 14, 2023, the forgoing document was served on counsel of record via the Court's ECF system on all parties as follows:

**PULMAN, CAPPUCCIO & PULLEN, LLP**
Randall A. Pulman
rpulman@pulmanlaw.com
W. Drew Mallender
dmallender@pulmanlaw.com
Anna K. MacFarlane
amacfarlane@pulmanlaw.com
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

*Counsel for John Patrick Lowe,*
*Chapter 7 Trustee for Deeproot*
*Capital Management, LLC et al.*

                                                            */s/ H. Jay Hulings*
                                                            H. Jay Hulings