# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21–51523–mmp

Chapter No.: 7

IN RE: **deeproot Capital Management, LLC**, Debtor(s)

Adversary Proceeding No.: 22–05097–mmp

Judge: Michael M Parker

**John Patrick Lowe, Trustee**
Plaintiff

v.

**Robert J. Mueller**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **5/15/23 at 02:00 PM**

Hearing to Consider and Act Upon the Following: (1.) IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E–MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov. (2.) IF PARTIES DO NOT WISH TO APPEAR IN PERSON THEY MAY FILE A REQUEST WITH JUDGE PARKER IN CM/ECF USING THE OTHER CATEGORY FOR TELEPHONIC OR WEBEX APPEARANCE.) (related document(s): 20 Motion to Transfer or Abate Adversary Proceeding Filed by Harry Jay Hulings for Defendant Robert J. Mueller. Hearing Scheduled For 5/15/2023 at 2:00 PM at SA Courtroom 1. (Castleberry, Deanna)

Dated: 4/28/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]